IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARYAM ASLANI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 16 C 10476 |
| RENEE McCARTHY, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Counsel for Renee McCarthy ("McCarthy"), one of the defendants sued by Maryam Aslani ("Aslani") in this case, has filed "McCarthy's Response To Plaintiff's Motion for Consolidation," in which Aslani seeks to consolidate an earlier case filed by her (Aslani v. Curry, Case No. 17 C 590) with this action. That Response demonstrates conclusively that Aslani's motion is totally without merit because Case No. 17 C 590 has been and is pending before this Court's colleague Honorable Andrea Woods, who has established a briefing schedule on motions to dismiss the case that are awaiting responses -- moreover, defendant Curry in that case is not one of the targets of this action.

Hence McCarthy's Response is correct in stating:

> No good purpose would be served by consolidating the case Aslani has filed against Curry before this Court and would do little more than to leave it to this Court to rule on Dr. Curry's unopposed and well founded motion to dismiss.

Accordingly Aslani's Motion for Consolidation is denied.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 30, 2017