# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARYAM ASLANI, | ) |
|                 Plaintiff, | ) |
| v. | ) Case No. 16 C 10476 |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, AMY TRUELOVE, KATHLEEN KASHIMA, and TIMOTHY MURPHY, | ) |
|                 Defendants. | ) |

## MEMORANDUM ORDER

Amy Truelove, Kathleen Kashima and Timothy Murphy, the remaining individual defendants targeted by pro se plaintiff Maryam Aslani ("Aslani"), have filed their "Memorandum in Support of Their Motion To To [sic] Dismiss Amended Complaint" (the "Memorandum," Dkt. No. 45). Just as was true of former codefendant Renee McCarthy ("McCarthy"), whom this Court dismissed from this action on Eleventh Amendment grounds (see its July 6, 2017 opinion, Dkt. No. 43), the actions that Aslani ascribes to all of the current movants were also taken by them as employees of the University of Illinois acting within the scope of their University duties, and therefore call for their dismissal on Eleventh Amendment grounds (just as was the case with McCarthy).

Accordingly each of those remaining individual defendants is also entitled to be dismissed from the Amended Complaint, and this Court so orders. That then leaves as Aslani's

sole remaining defendant the Board of Trustees of the University of Illinois, and this action will go forward on that basis.

_____
Milton I. Shadur
Senior United States District Judge

Date:  August 2, 2017