IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARYAM ASLANI, | ) |
|                Plaintiff, | ) ) ) |
| v. | ) ) )    CASE NO. 16-CV-10476 |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, | ) ) ) |
|                Defendant. | ) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE OPPOSITION**

     Defendant, The Board of Trustees of the University of Illinois, by and through its attorneys, Norman P. Jeddeloh and William T. Eveland of Arnstein & Lehr LLP, hereby moves for leave to file its Opposition to Plaintiff's Motion to Join Babak Lami, M.D. as Necessary Party and to Amend the Complaint, With Summons to Issue (the "Motion"), and in support thereof, states as follows:

     1.    Plaintiff filed the Motion on August 21, 2017 but has not filed a notice of motion for the presentment of the Motion. As a result, no briefing schedule has been set.

     2.    The University seeks leave to file its Opposition to the Motion since there are compelling reasons why this Court should not exercise supplemental jurisdiction over the Plaintiff's state claim, as reflected in the attached Opposition. Therefore, there are in turn compelling reasons why this Court should deny Plaintiff's Leave to File a Second Amended Complaint.

     WHEREFORE, The Board of Trustees of the University of Illinois prays that this Honorable Court enter an order granting the Defendant leave to file its Opposition to the Motion instanter.

114357821.1                                                                                                                         14723.0161

Respectfully submitted,

**BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS**

By:   /s/ Norman P. Jeddeloh
           One of Its Attorneys

Norman P. Jeddeloh
William T. Eveland
ARNSTEIN & LEHR, LLP
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 876-7100 PH

114357821.1            14723.0161